No. 376, Misc. EASON v. TURNER, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 378, Misc. PRATHER v. NIERSTHEIMER, WARDEN. Circuit Court of Madison and Randolph Counties, Illinois. Certiorari denied.

No. 389, Misc. REED v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 393, Misc. REED v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 397, Misc. WHEELER v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 402, Misc. WILLIAMS v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 405, Misc. BAILEY v. NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 535, October Term, 1946. SUNAL v. LARGE, SUPERINTENDENT, 332 U. S. 174. The motion for leave to file a second petition for rehearing and to recall the mandate is denied.

No. 101. ECCLES ET AL. v. PEOPLES BANK OF LAKEWOOD VILLAGE, CALIFORNIA, ante, p. 426. Rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.